# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-1424

_____

JEFFERY KENON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Francis Allman, Judge.

April 24, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Candice Kaye Brower, Regional Conflict Counsel, and Michael J. Titus, Assistant Conflict Counsel, Office of Criminal Conflict and Civil Regional Counsel, Region One, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.